

2011 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

11-2-2011

# USA v. Phi Xin

Precedential or Non-Precedential: Non-Precedential

Docket No. 09-2415

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2011

Recommended Citation

"USA v. Phi Xin" (2011). *2011 Decisions.* Paper 277.
http://digitalcommons.law.villanova.edu/thirdcircuit_2011/277

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2011 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 09-2415
_____

UNITED STATES OF AMERICA

v.

PHI XIN,

                Appellant
_____

Submitted under Third Circuit LAR 34.1(a)
October 27, 2011

Before: SLOVITER, GREENAWAY, JR. and ALDISERT, Circuit Judges.
(Filed: October 28, 2011)
_____

ORDER AMENDING OPINION
_____

It appears that the lower court information on the caption of the opinion filed October 28, 2011 did not correctly identify the district court judge in the proceedings.  It is noted that the Honorable Gene E. K. Pratter presided over the proceeding below.  Accordingly, it is hereby ordered that the caption of the opinion is amended as follows:

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 2-06-cr-00585-006)
District Judge: Hon. Gene E. K. Pratter

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Date:  November 2, 2011
CJG/cc: Robert J. Livermore, Esq.
        Nino V. Tinari, Esq.